<tr>
</tr>



Prob. 35
(1/92)

Report and Order Terminating Probation /Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

FILED

JAN 11 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA

v.

Crim. No. 90-CR-80445-DT-17

Andre L. Patton

On March 30, 2001, the above named was placed on supervised release for a period of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Veronica L. Ross
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 20__ JAN 11 2005

_____
Patrick J. Duggan
United States District Judge